907830
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PATRICIA DRAYTON, et. al.,

                              Plaintiffs,

        -against-

TOYS US, INC. et. al.,

                              Defendants.

-----------------------------------------------------------------x

NOTICE OF APPEARANCE

1:07-cv-06315-RMB-JCF

Filed by ECF on
August 7, 2007

PLEASE TAKE NOTICE that Thomas A. Catalano, of Lester Schwab Katz & Dwyer, LLP, has appeared for defendants METRO ONE LOSS PREVENTION GROUP (GUARD DIVISION), INC, BERNARD RICKETSON, ROCKY ETIENNE and MARK McMAHON.

Dated:     New York, New York
            August 7, 2007

                                           LESTER SCHWAB KATZ & DWYER, LLP

                                           s/_____
                                           Thomas A. Catalano (tc-1625)
                                           Attorneys for Defendants METRO ONE LOSS PREVENTION GROUP (GUARD DIVISION), INC, BERNARD RICKETSON, ROCKY ETIENNE and MARK McMAHON
                                           120 Broadway
                                           New York, New York 10271
                                           (212) 964-6611