UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DRAYTON,

                        Plaintiff(s),                          07 Civ. 6315

      -against-                                              **ORDER**

TOYS "R" US et al.,

                        Defendant(s),
-----------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Counsel for Plaintiff and Defendants, having appeared in Court on October 3, 2007, and Counsel for Plaintiff having advised the Court that Plaintiff is withdrawing the matter as to Defendant McAndrew, Conboy & Prisco LLP and Defendant Morris, Duffy, Alonso & Faley, it is hereby

**ORDERED**, the above-entitled action be, and the same hereby is, discontinued as to Defendant McAndrew, Conboy & Prisco LLP and Defendant Morris, Duffy, Alonso & Faley .

Dated: New York, New York
       October 3, 2007

                                                                       Richard M. Berman, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07