UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICIA DRAYTON, et al
                    Plaintiff(s),                    **Case Management Plan**

           - v -                                     07 CV. 6315 (RMB)

TOYS R US, ET.

                    Defendant(s).
------------------------------------------------------------X

     The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by   12-10-2007

(ii)   Amend the pleadings by  11/27/07   ~~_____~~  RMB

(iii)  All discovery to be **expeditiously** completed by  ~~_____~~  3/3/08 RMB

(iv)   Consent to Proceed before Magistrate Judge   not consenting to trial by Mag. Judge

(v)    Status of settlement discussions   no settlement discussions this time.
       Conference on December 12, 2007 @ 9:30AM

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motion to dismiss will be with prejudice following amendment in response to pre-motion letters

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    ① Service upon Mark McMahon by 10/5/07;

(xi)   ② Discovery issues referred to Mag. Judge Francis;
       ③ Pre motion letter from Toys R US by 10/5/07; Response by 10/12/07 to Def letters
       ④ Consider consolidating with pending (Bishop) case

SO ORDERED: New York, New York
            10/3/07
                                                     RMB
                                                     _____
                                                     Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
~~DOCUMENT~~
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07