AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern      DISTRICT OF      New York

Drayton et al

    v.                    **APPEARANCE**

Toy US, Inc. et al

Case Number:   07cv6315

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for   Toys "R" Us - Delaware, Inc. s/h/a Toy Us, Inc. Toys "R" Us - NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves and George Aponte (the Toys "R" Us Defendants).

     I certify that I am admitted to practice in this court.

October 17, 2007
Date

Signature

Nancy Ledy-Gurren           2186
Print Name                           Bar Number

475 Park Avenue South - 8th floor
Address

New York,      NY      10016
City             State              Zip Code

212-447-1111        212-447-6686
Phone Number                   Fax Number