AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

Drayton et al

v.

Toy US, Inc. et al

**APPEARANCE**

Case Number: 07cv6315

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Toys "R" Us - Delaware, Inc. s/h/a Toy Us, Inc. Toys "R" Us - NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves and George Aponte (the Toys "R" Us Defendants).

I certify that I am admitted to practice in this court.

October 17, 2007
Date

*Signature*

Nancy Ledy-Gurren          2186
Print Name                 Bar Number

475 Park Avenue South - 8th floor
Address

New York,       NY        10016
City            State     Zip Code

212-447-1111              212-447-6686
Phone Number              Fax Number