AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                           DISTRICT OF        New York

Drayton et al

   v.                                              **APPEARANCE**

Toy US, Inc. et al

Case Number: 07cv6315

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for  Toys "R" Us - Delaware, Inc. s/h/a Toy Us, Inc. Toys "R" Us - NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves and George Aponte (the Toys "R" Us Defendants).

I certify that I am admitted to practice in this court.

October 17, 2007
Date

*[signature]*
Signature

Nancy Ledy-Gurren                                2186
Print Name                                       Bar Number

475 Park Avenue South - 8th floor
Address

New York,            NY            10016
City                 State         Zip Code

212-447-1111                       212-447-6686
Phone Number                       Fax Number