```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X    07 Civ. 6315
PATRICIA DRAYTON, ET. Al.,           (RMB)(JCF)

                   Plaintiffs

-against-


TOYS "R" US, INC., ET. AL.,

                   Defendants
--------------------------------X    NOTICE OF APPEARANCE
```

PLEASE TAKE NOTICE that K.C. OKOLI, of the Law Offices of K.C. Okoli, P.C., hereby appears as lead counsel for the plaintiffs and the potential class of similarly-situated persons who they represent in this action.

PLEASE TAKE FURTHER NOTICE that all papers and documents in this action required to be served upon plaintiffs are henceforth to be served upon said undersigned attorney at his address shown hereunder.

Dated:   New York, New York
         December 15, 2007

                                    LAW OFFICES OF K.C. OKOLI, P.C.
                                    Attorneys for Plaintiffs
                                    330 Seventh Avenue
                                    15th Floor
                                    New York, N.Y. 10001
                                    (212) 564-8152

```
                              /s/
                    By:_____
                          K.C. Okoli, Esq.
                             (KO-7222)
```

FOR SERVICE ON:

LESTER SCHWAB KATZ & DWYER, LLP (By ECF)

LEDY-GURREN BASS & SIFF, LLP (By ECF)

EMMANUEL ROY, ESQ. (By ECF)