SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA DRAYTON, VALERIE KIRK,
and et al.,

                Plaintiffs,                1:07-cv-06315-RMB

   -against-                      MOTION TO ADMIT COUNSEL
                                                PRO HAC VICE

TOY US, INC. et al

                Defendants

---

      PURSUANT TO RULE 1.3 ( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Nancy Ledy-Gurren, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Ronald Cherry
    Firm Name:             Cherry & Jenifer, P.A.
    Address:               7825 York Road
    City/State/Zip:       Towson, Maryland 21204-4718
    Phone Number:      410-494-4954
    Fax Number:        410-494-4952

Ronald Cherry is a member in good standing of the Bar of the State of Maryland

---

There are no pending disciplinary proceeding against Ronald Cherry in any State or Federal Court.

Dated:        December 11, 2007
               New York, New York

Respectfully submitted,

*/s/ Nancy Ledy-Gurren*

Sponsor's Name:  Nancy Ledy-Gurren
SDNY Bar No.     2186
Firm Name:        Ledy-Gurren, Bass & Siff, LLP
Address:          475 Park Avenue South
                 8th floor
City/State/Zip:   New York, New York 10016
Phone Number:  212-447-1111
Fax Number:     212-447-6686

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA DRAYTON, VALERIE KIRK,
and et al.,

                    Plaintiffs,                    1:07-cv-06315-RMB

-against-                                              AFFIDAVIT OF
                                                              NANCY LEDY-GURREN
TOY US, INC., et al                            IN SUPPORT OF MOTION
                                                              TO ADMIT COUNSEL
                    Defendants                    PRO HAC VICE

State of New York
County of New York

Nancy Ledy-Gurren, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Toys "R" Us-Delaware, Inc. S/h/a Toys Us, Inc., Toys "R" Us-NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves, and George Aponte [the "Toys "R" Us Defendants], in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Ronald Cherry as counsel pro hac vice to represent Toys "R" Us-Delaware, Inc. S/h/a Toys Us, Inc., Toys "R" Us-NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves, and George Aponte [the "Toys "R" Us Defendants], in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in March, 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ronald Cherry since 2000.

4. Ronald Cherry is a partner of Cherry & Jenifer, P.A. in Towson, Maryland.

5. I have found Mr. Cherry to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Ronald Cherry, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Ronald Cherry, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Ronald Cherry, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated:   December 11, 2007
         New York, New York

                                                    Respectfully submitted,

                                                    _____
                                                    Nancy Ledy-Gurren
                                                    SDNY Bar Code:   2186

Sworn to before me this
11th day of December, 2007

_____





# Certificate of Good Standing

**UNITED STATES OF AMERICA**

**DISTRICT OF MARYLAND**

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY that, RONALD M. CHERRY, ESQUIRE, BAR NUMBER 07927,** was duly admitted to practice in the United States District Court for the District of Maryland on June 4, 1982, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

                                                                               FELICIA C. CANNON
                                                                                       Clerk

Date: December 17, 2007

                                                                                  Tina Stavrou - Deputy Clerk

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA DRAYTON, VALERIE KIRK,
and et al.,

                Plaintiffs,

-against-

TOY US, INC. et al

                Defendants

1:07-cv-06315-RMB

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Nancy Ledy-Gurren attorney for Toys "R" Us-Delaware, Inc. s/h/a Toys "R" Us-NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves, and George Aponte [the Toys "R" Us Defendants] and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ronald Cherry |
| Firm Name: | Cherry & Jenifer, P.A. |
| Address: | 7825 York Road |
| City/State/Zip: | Towson, Maryland 21204-4718 |
| Telephone/Fax: | 410-494-4954/410-494-4952 |
| Email Address: | rcherry@cherryjeniferlaw.com |

is admitted to practice pro hac vice as counsel for Toys "R" Us-Delaware, Inc. s/h/a Toys "R" Us-NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves, and George Aponte [the Toys "R" Us Defendants] in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December 11, 2007
       New York, New York

                                      United States District/ Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT #

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

       CARMEN TANCO, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

       That on the 28th of December, 2007, deponent served the within **MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT OF NANCY LEDY-GURREN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTIN and CERTIFICATE OF GOOD STANDING for RON CHERRY** upon:

       Emmanuuel Roy, Esq.
       New Start, LLC
       32 Court Street - #201
       Brooklyn, NY 10201

at the address designated by said attorney(s) for that purpose by depositing a true copy of the same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_Carmen Tanco_
Carmen Tanco

Sworn to before me this
28th day of December, 2007

_Notary Public_

DANIEL E. SIFF
Notary Public, State of New York
No. 02SI3662868
Qualified in Bronx County
Commission Expires May 31, 2011