```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 Jan. 08
```

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PATRICIA DRAYTON, VALERIE KIRK,
and et al.,

                      Plaintiffs,                    1:07-cv-06315-RMB

      -against-

TOY US, INC. et al                               **ORDER FOR ADMISSION**
                                                          **PRO HAC VICE**
                                                          **ON WRITTEN MOTION**

                    Defendants

Upon the motion of Nancy Ledy-Gurren attorney for Toys "R" Us-Delaware, Inc. s/h/a Toys "R" Us-NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves, and George Aponte [the Toys "R" Us Defendants] and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ronald Cherry |
| Firm Name: | Cherry & Jenifer, P.A. |
| Address: | 7825 York Road |
| City/State/Zip: | Towson, Maryland 21204-4718 |
| Telephone/Fax: | 410-494-4954/410-494-4952 |
| Email Address: | rcherry@cherryjeniferlaw.com |

is admitted to practice pro hac vice as counsel for Toys "R" Us-Delaware, Inc. s/h/a Toys "R" Us-NY, LLC, Vic DeBlassi, Richard Fernandez, Jose Nieves, and George Aponte [the Toys "R" Us Defendants] in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~December 11, 2007~~
        New York, New York



                            RMB
                  United States District Judge
                           1/17/08

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT #

*Richard A. Berman*