574-7217/976165

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PATRICIA DRAYTON, et. al.,

                              Plaintiffs,      NOTICE OF APPEARANCE

      -against-                      1:07-cv-06315-RMB-JCF

TOYS US, INC. et. al.,                      Filed by ECF on
                                                         January 30, 2008
                            Defendants.
----------------------------------------------------------------x

      PLEASE TAKE NOTICE that Steven B. Getzoff, of Lester Schwab Katz & Dwyer, LLP, has appeared for defendants METRO ONE LOSS PREVENTION GROUP (GUARD DIVISION), INC, BERNARD RICKETSON, and MARK McMAHON.

Dated:     New York, New York
             January 30, 2008

                                      LESTER SCHWAB KATZ & DWYER, LLP

                                      s/_____
                                      Thomas A. Catalano (tc-1625)
                                      Attorneys for Defendants METRO ONE LOSS
                                      PREVENTION GROUP (GUARD DIVISION),
                                      INC, BERNARD RICKETSON, and MARK
                                      McMAHON
                                      120 Broadway
                                      New York, New York 10271
                                      (212) 964-6611