**CERTIFICATE OF SERVICE**

This is to certify that on February 7, 2008, I electronically served and filed the AMENDED COMPLAINT in this action using the CM/ECF system, which sent contemporaneous notification of such filing (DE 17) to the following attorneys for the parties:

1. Thomas Anthony Catalano, Esq.
2. Steve B. Gertzoff, Esq.
3. Nancy Ley-Gurren, Esq.
4. Emmanuel Roy, Esq.

Dated:   New York, New York
         February 11, 2008

/s/ K.C. Okoli
_____
K.C. OKOLI (KO-7222)
Attorney for Plaintiff