UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
PATRICIA DRAYTON, VALERIE KIRK,         : 07 Civ. 6315 (RMB) (JCF)
and et. al.,                            :
                                        :        O R D E R
              Plaintiffs,               :
                                        :
     - against -                        :
                                        :
TOY US, INC., in its corporate          :
and professional capacities,            :
TOYS "R" US-NY, LLC, in its             :
corporate and professional              :
capacities, METRO ONE LOSS              :
PREVENTION GROUP (GUARD DIVISION        :
NY), INC., in its corporate and         :
professional capacities, VIC            :
DEBLASSI, individually, and in his      :
official capacity as Director of        :
Loss Prevention, RICH FERNANDEZ,        :
individually, and in his official       :
capacity as District Loss               :
Prevention Manager, JOSE NIEVES,        :
individually, and in his official       :
capacity as Store Director,             :
GEORGE APONTE, individually, and        :
in his official capacity as             :
Assistant Store Director, BERNARD       :
RICKETSON, individually, and in         :
his official capacity as                :
President and Qualifying Officer of:
Metro One, ROCKY ETIENNE,               :
individually, and in his official       :
capacity as an Armed Guard of           :
Metro One, MARK MCMAHON,                :
individually, and in his official       :
capacity as a Security Guard of         :
Metro One, McANDREW, CONBOY &           :
PRISCO, in its corporate and            :
professional capacities and MORRIS,:
DUFFY, ALONSO & FALEY, in its           :
corporate and professional              :
capacities and DEFENDANT DOES           :
1 to 100 individually, and in their:
official capacities,                    :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

1

A pretrial conference having been held by telephone on February 26, 2008, it is hereby ORDERED as follows:

1. By March 11, 2008, each party shall respond to all outstanding discovery requests.

2. By April 15, 2008, plaintiffs shall move for class certification. Defendants shall answer the motion by May 7, 2008, and plaintiffs shall reply by May 14, 2008.

3. All discovery shall be completed by May 30, 2008.

4. The pretrial order shall be submitted by June 30, 2008 unless any party has submitted a request to Judge Berman by that date to file a dispositive motion. If such a request is made, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         February 26, 2008

Copies mailed this date:

Emmanuel Roy, Esq.
Law Office of Emmanuel Roy
26 Court Street, Suite 2302
Brooklyn, New York 11242

Thomas A. Catalano, Esq.
Lester, Schwab, Katz and Dwyer LLP
120 Broadway
New York, New York 10271

2

Nancy Ledy-Gurren, Esq.
Ledy-Gurren Bass & Siff, LLP
475 Park Avenue South
New York, New York 10016

3