UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

**PATRICIA DRAYTON, DARWIN DAVID RHODES, VALERIE KIRK, CLYDE CONES, ANGELA STALLINGS, LAI-QUANA UTLEY, IDA JACKSON, ERICA MILLER, TERESA BRANCH, LINDA LOVING, PATRICIA WEAVER, MARGARET HIGH** and **DENISE SCOTT,** for themselves and on behalf of all similarly situated African Americans who shopped at Toy 'R' Us stores since 2004, or who will shop at said Toy 'Roy' Us stores,

CASE NO.
07-CV-06315
(RMB) (JCF)

**PLAINTIFFS,**

-against-

**TOYS "R" US INC, TOYS "R" US-NY, LLC, TOYS "R" US-OHIO, INC., JOHN DOE** #s1-5, being individual managerial staff of Toys "R" Us Store No. 8930, **METRO ONE LOSS PREVENTION GROUP (GUARD DIVISION NY), INC. ("METRO ONE"),** et. al.

**DEFENDANTS,**

------------------------------------------------------------------------x

## DISCLOSURE OF CORPORATE INTEREST

I certify, as party/counsel in this case that the following corporate affiliations exist with Toys "R" US Inc.: see Attachment A. _Toys R Us-NY LLC and Toys "R" Us-Ohio, Inc. merged, as of July 21, 2005, into Toys "R" Us-Delaware, Inc. [collectively, "TRU"].

*Dated: February 27, 2008*

Yours, etc.,

LEDY-GURREN BASS & SIFF, LLP.

By: _____
NANCY LEDY-GURREN (2186)

Attorneys for TRU
Ronald Cherry (PHV)
Cherry & Jenifer, P.A.
7825 York Road, Towson, Maryland 21204

Ledy-Gurren Bass & Siff, LLP
475 Park Avenue South
New York, New York (212) 447-1111

TO:    Roy & Associates, P.C.
26 Court Street
Suite 1503
Brooklyn, New York 11242

K.C. Okoli
330 Seventh Avenue
15th Floor
New York, New York 10001

Lester Schwab Katz & Dwyer
120 Broadway
New York, New York 10271

# ATTACHMENT A

Toys "R" Us- Belgium, Inc.

Toys "R" Us- Belgium Holdings II, Inc.

Toys "R" Us- Netherlands Holdings I, Inc.

Toys "R" Us- Netherlands Holdings II, Inc.

Toys "R" Us- Nytex, Inc.

Kids "R" Us, Inc.

TRU Cayman Islands Investments, LLC

IOCA, Ltd.

Toys "R" Us- Belgium SCA

Toys "R" Us- Netherlands BV

KRU- Delaware, Inc.

KRU-Massachusetts, Inc.

KRU- Pennsylvania, Inc.

Sumus Nos Ltd.

Toys "R" Us- New York/Texas Holdings, Inc.

Toys "R" Us- Texas LLC

Toys "R" Us- New York LLC

Toys "R" Us- Properties Holding, Inc.

TRU Properties Holding, Inc.

TRU Properties, Inc.

Saltru Associates Joint Venture

BRU Registry Services, Inc.

Toys "R" Us Value, Inc.

TRU Investments, Inc.

ToysRUs.com, Inc.

Toys "R" Us Penn., Inc.

Toys "R" Us Ohio, Inc.

Toys "R" Us Massachusetts, Inc.

TRU Vermont, Inc.

TRU, Inc.

ToysRUs.com, LLC

TRU Pennsylvania Property Holdings, Inc.

Baby Superstore, Inc.

Toys "R" Us Services, Inc.

Geoffrey International, Inc.

TRU Penn Properties Trust

TRU Foreign Sales Corporation

ABG Corp.

MPM Development, Inc.

The Lifelike Company, d/b/a My Twinn

TRU of Puerto Rico, Inc.

MMT, Inc.

MLK, Inc.

Geoffrey, Inc.

Toys (Labuan), Ltd.

Toys "R" Us- Asia, Ltd.

Toys "R" Us- lifung Taiwan, Ltd.

Toys "R" Us- Singapore, Ltd.

Toys "R" Us- Malaysia SDN.BHN.

BRU Registry Services, Inc.

Baby's "R" Us, LLC

ToysRUs.com DC LLC

ToysRUs.comassetholdcl, LLC

ToysRUs.com Japan, Ltd.

Toys "R" Us Holdings PLC (United Kingdom)

Toys "R" Us Holdings- United Kingdom, Ltd.

Toys "R" Us Properties, Ltd.

TRU Toys, Ltd.

Kids "R" Us, Ltd.- United Kingdom

Toys "R" Us, Ltd.- United Kingdom

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                               )ss.:
COUNTY OF NEW YORK   )

      CARMEN TANCO, being duly sworn deposes and says: that deponent is not a party to the action, is over 18 years of age and reside in Bronx, New York.

      That on the 27th day of February, 2008, deponent served the within **Disclosure of Corporate Interest** upon:

      Emmanuel Roy, Esq.
      New Start LLC
      26 Court Street
      Brooklyn, NY 10021

      K.C. Okoli
      Law Offices of K.C. Okoli, P.C.
      330 Seventh Avenue
      15th floor
      New York, NY 10001

      Thomas Catalano
      Lester Schwab Katz & Dwyer
      120 Broadway
      New York, NY 10271

at the address designated by said attorney(s) fro that purpose by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office with the State of New York.

                                                    _____
                                                    Carmen Tanco

Sworn to before me this
27th day of February, 2008

_____
Notary Public

                                      DANIEL E. SIFF
                              Notary Public, State of New York
                                       No. 02SI3662868
                                  Qualified in Bronx County
                               Commission Expires May 31, 2011