## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

        CARMEN TANCO, being duly sworn deposes and says: that deponent is not a party to the action, is over 18 years of age and reside in Bronx, New York.

        That on the 27th day of February, 2008, deponent served the within **Answer to Amended Complaint** upon:

        Emmanuel Roy, Esq.
        New Start LLC
        26 Court Street
        Brooklyn, NY 10021

        K.C. Okoli
        Law Offices of K.C. Okoli, P.C.
        330 Seventh Avenue
        15th floor
        New York, NY 10001

        Thomas Catalano
        Lester Schwab Katz & Dwyer
        120 Broadway
        New York, NY 10271

at the address designated by said attorney(s) fro that purpose by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office with the State of New York.

                                                  */s/ Carmen Tanco*
                                                  Carmen Tanco

Sworn to before me this
27th day of February, 2008

*/s/ Elissa L. Shechter*
Notary Public

ELISSA L. SHECHTER
Notary Public, State of New York
Registration #02SH6054504
Qualified In New York County
Commission Expires Feb. 5, 2011