Steven B. Getzoff (sb-5455)
Thomas A. Catalano (tc-1625)
Lester Schwab Katz & Dwyer, LLP
120 Broadway
New York, New York 10271-0071
(212) 964-6611
Attorneys for Defendants
Metro One Loss Prevention Group
(Guard Division NY), Inc. and Rocky Etienne

574-7217/987252

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| PATRICIA DRAYTON, et al., | 07-CV-06315(RMB) (JCF) |
|                 Plaintiffs, | |
|    -against- | Rule 7.1 Statement |
| TOYS "R" US INC, et al., | |
|                 Defendants. | |

-----------------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. 7.1, defendant Metro One Loss Prevention Services Group (Guard Division NY), Inc. s/h/a Metro One Loss Prevention Group (Guard Division NY), Inc. ("Metro One") s/h/a Metro One Loss Prevention Group (Guard Division NY), Inc. s/h/a Metro One Loss Prevention Group (Guard Division NY), Inc. ("Metro One") identifies the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of Metro One:

    NONE.

Dated:    New York, New York
             February 27, 2008

          LESTER SCHWAB KATZ & DWYER, LLP

          S/_____
          Thomas A. Catalano (tc-1625)
          Steven B. Getzoff (sb-5455)
          Attorneys for Defendants
          Metro One Loss Prevention Group
          (Guard Division NY), Inc. and Rocky
          Etienne
          120 Broadway
          New York, New York 10271
          (212) 964-6611

TO:

Law Offices of K.C. Okoli, P.C.
330 Seventh Avenue, 15th Fl.
New York, New York 10001

    and

Law Offices of Emmanuel Roy, P.C.
26 Court Street, Suite 1503
Brooklyn, New York 11242

Attorneys for plaintiff

Nancy Ledy-Gurren, Esq.
Ledy-Gurren Bass & Siff, LLP
475 Park Avenue South
New York, NY 10016

    And

Ronald M. Cherry, Esq.
Cherry & Jenifer, P.A.
7825 York Road
Towson, Maryland 21204-7445

Attorneys for defendant Toys "R" Us

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

    Law Offices of K.C. Okoli, P.C.
    330 Seventh Avenue, 15th Fl.
    New York, New York 10001

        and

    Law Offices of Emmanuel Roy, P.C.
    26 Court Street, Suite 1503
    Brooklyn, New York 11242

    Attorneys for plaintiff

    Nancy Ledy-Gurren, Esq.
    Ledy-Gurren Bass & Siff, LLP
    475 Park Avenue South
    New York, NY 10016

        And

    Ronald M. Cherry, Esq.
    Cherry & Jenifer, P.A.
    7825 York Road
    Towson, Maryland 21204-7445

    Attorneys for defendant Toys "R" Us

                                S/
                              Thomas A. Catalano (tc-1625)