UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

**PATRICIA DRAYTON, DARWIN DAVID RHODES, VALERIE KIRK, CLYDE CONES, ANGELA STALLINGS, LAI-QUANA UTLEY, IDA JACKSON, ERICA MILLER, TERESA BRANCH, LINDA LOVING, PATRICIA WEAVER, MARGARET HIGH and DENISE SCOTT**, for themselves and on behalf of all similarly situated African Americans who shopped at Toy 'R' Us stores since 2004, or who will shop at said Toy 'Roy' Us stores,

CASE NO.
07-CV-06315
(RMB) (JCF)

PLAINTIFFS,

-against-

**TOYS "R" US INC, TOYS "R" US-NY, LLC, TOYS "R" US-OHIO, INC., JOHN DOE #s1-5**, being individual managerial staff of Toys "R" Us Store No. 8930, **METRO ONE LOSS PREVENTION GROUP (GUARD DIVISION NY), INC. ("METRO ONE")**, et. al.

DEFENDANTS,
-------------------------------------------------------------------x

### DISCLOSURE OF CORPORATE INTEREST

I certify, as party/counsel in this case that the following corporate affiliations exist with Toys "R" US Inc.: see Attachment A. _Toys R Us-NY LLC and Toys "R" Us-Ohio, Inc. merged, as of July 21, 2005, into Toys "R" Us-Delaware, Inc. [collectively, "TRU"].

*Dated: February 27, 2008*

                    Yours, etc.,

                    LEDY-GURREN BASS & SIFF, LLP.

                    By: _____
                          NANCY LEDY-GURREN (2186)

Attorneys for TRU
Ronald Cherry (PHV)
Cherry & Jenifer, P.A.
7825 York Road, Towson, Maryland 21204

Ledy-Gurren Bass & Siff, LLP
475 Park Avenue South
New York, New York (212) 447-1111


TO:     Roy & Associates, P.C.
        26 Court Street
        Suite 1503
        Brooklyn, New York 11242

        K.C. Okoli
        330 Seventh Avenue
        15th Floor
        New York, New York 10001

        Lester Schwab Katz & Dwyer
        120 Broadway
        New York, New York 10271

## **ATTACHMENT A**

Toys "R" Us- Belgium, Inc.

Toys "R" Us- Belgium Holdings II, Inc.

Toys "R" Us- Netherlands Holdings I, Inc.

Toys "R" Us- Netherlands Holdings II, Inc.

Toys "R" Us- Nytex, Inc.

Kids "R" Us, Inc.

TRU Cayman Islands Investments, LLC

IOCA, Ltd.

Toys "R" Us- Belgium SCA

Toys "R" Us- Netherlands BV

KRU- Delaware, Inc.

KRU-Massachusetts, Inc.

KRU- Pennsylvania, Inc.

Sumus Nos Ltd.

Toys "R" Us- New York/Texas Holdings, Inc.

Toys "R" Us- Texas LLC

Toys "R" Us- New York LLC

Toys "R" Us- Properties Holding, Inc.

TRU Properties Holding, Inc.

TRU Properties, Inc.

Saltru Associates Joint Venture

BRU Registry Services, Inc.

Toys "R" Us Value, Inc.

TRU Investments, Inc.

ToysRUs.com, Inc.

Toys "R" Us Penn., Inc.

Toys "R" Us Ohio, Inc.

Toys "R" Us Massachusetts, Inc.

TRU Vermont, Inc.

TRU, Inc.

ToysRUs.com, LLC

TRU Pennsylvania Property Holdings, Inc.

Baby Superstore, Inc.

Toys "R" Us Services, Inc.

Geoffrey International, Inc.

TRU Penn Properties Trust

TRU Foreign Sales Corporation

ABG Corp.

MPM Development, Inc.

The Lifelike Company, d/b/a My Twinn

TRU of Puerto Rico, Inc.

MMT, Inc.

MLK, Inc.

Geoffrey, Inc.

Toys (Labuan), Ltd.

Toys "R" Us- Asia, Ltd.

Toys "R" Us- lifung Taiwan, Ltd.

Toys "R" Us- Singapore, Ltd.

Toys "R" Us- Malaysia SDN.BHN.

BRU Registry Services, Inc.

Baby's "R" Us, LLC

ToysRUs.com DC LLC

ToysRUs.comassetholdcl, LLC

ToysRUs.com Japan, Ltd.

Toys "R" Us Holdings PLC (United Kingdom)

Toys "R" Us Holdings- United Kingdom, Ltd.

Toys "R" Us Properties, Ltd.

TRU Toys, Ltd.

Kids "R" Us, Ltd.- United Kingdom

Toys "R" Us, Ltd.- United Kingdom