## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

        CARMEN TANCO, being duly sworn deposes and says: that deponent is not a party to the action, is over 18 years of age and reside in Bronx, New York.

        That on the 27th day of February, 2008, deponent served the within **Disclosure of Corporate Interest** upon:

> Emmanuel Roy, Esq.
> New Start LLC
> 26 Court Street
> Brooklyn, NY 10021
>
> K.C. Okoli
> Law Offices of K.C. Okoli, P.C.
> 330 Seventh Avenue
> 15th floor
> New York, NY 10001
>
> Thomas Catalano
> Lester Schwab Katz & Dwyer
> 120 Broadway
> New York, NY 10271

at the address designated by said attorney(s) fro that purpose by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office with the State of New York.

                                                  _____
                                                  Carmen Tanco

Sworn to before me this
27th day of February, 2008

_____
Notary Public

                                        DANIEL E. SIFF
                            Notary Public, State of New York
                                   No. 02SI3662868
                                Qualified in Bronx County
                              Commission Expires May 31, 2011