**MEMO ENDORSED** p2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**PATRICIA DRAYTON, DARWIN DAVID RHODES, VALERIE KIRK, CLYDE CONES, ANGELA STALLINGS, LAI-QUANA UTLEY, IDA JACKSON, ERICA MILLER, TERESA BRANCH, LINDA LOVING, PATRICIA WEAAVER, MARGARET HIGH and DENISE SCOTT,** for themselves and on behalf of all similarly situated African Americans who shopped at Toy 'R' Us stores since 2004, or who will shop at said Toy 'Roy' Us stores,

CASE NO.
07-CV-06315
(RMB) (JCF)

PLAINTIFFS,

-against-

**TOYS "R" US INC, TOYS "R" US-NY, LLC, TOYS "R" US-OHIO, INC., JOHN DOE #s1-5,** being individual managerial staff of Toys "R" Us Store No. 8930, **METRO ONE LOSS PREVENTION GROUP (GUARD DIVISION NY), INC. ("METRO ONE")**, et. al.

DEFENDANTS,
-------------------------------------------------------------------x

### STIPULATION TO AMEND CAPTION

Pursuant to Rules 9 and 15 of the Federal Rules of Civil Procedure, the undersigned, counsel for all parties, stipulate and agree that the Caption to the above captioned action is amended, to reflect the addition of certain parties and the voluntary dismissal of certain prior parties, and shall henceforth read and be as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
**PATRICIA DRAYTON, DARWIN DAVID RHODES, VALERIE KIRK, CLYDE CONES, ANGELA STALLINGS, LAI-QUANA UTLEY, IDA JACKSON,**

CASE NO.
07-CV-06315
(RMB) (JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08

ERICA MILLER, TERESA BRANCH, LINDA LOVING, PATRICIA WEAAVER, MARGARET HIGH and DENISE SCOTT, for themselves and on behalf of all similarly situated African Americans who shopped at Toy 'R' Us stores since 2004, or who will shop at said Toy 'Roy' Us stores,

                                       **PLAINTIFFS,**

-against-

TOYS "R" US INC, TOYS "R" US-NY, LLC, TOYS "R" US-OHIO, INC., JOHN DOE #s1-5, being individual managerial staff of Toys "R" Us Store No. 8930, METRO ONE LOSS PREVENTION GROUP (GUARD DIVISION NY), INC. ("METRO ONE"). ROCKY ETIENNE, individually, and in his official capacity as an employee of METRO ONE; MARK MCMAHON, individually, and in his official capacity as an employee of METRO ONE; "JOE SHERIFF", real name unknown, the person intended being a Sheriff's Deputy of the Hamilton County Sheriff's Department, Cincinnati, Ohio, who accosted Darwin David Rhodes at a Toy "R" Us store on or about January 25, 2006, "P.O. TODD", real name unknown, the person intended being a police officer of the City of Cincinnati, Ohio, who arrested Darwin David Rhodes in or about April 2006 for alleged theft at a Toy "R" Us store on January 25, 2006, CITY OF CINCINNATI, and Defendant "Does 1 to 100", real names unknown, those intended being security guards at various Toys "R" US Stores mentioned herein.

                                       **DEFENDANTS,**
----------------------------------------------------------------x

| K.C. Okoli | Ledy Gurren Bass & Siff, LLP |
|---|---|
| By: _(signature)_ | By: _(signature)_ |
| K.C. Okoli | Nancy Ledy-Gurren (2186) |
| Attorney for Plaintiffs | Attorneys for Toys "R" US, DeBlassi, |
| 330 Seventh Avenue-15th Floor | Fernandez, Nieves, and Aponte |
| New York, New York 10001 | 475 Park Avenue South |
| | New York, New York 10016 |

2

                                 Lester Schwab Katz & Dwyer

                                 By: _____

                                    Thomas Catalano (TC-1625)
                                 Attorneys for Metro One, Etienne,
                                 ~~Malathion~~ and Ricketson
                                 120 Broadway
                                 New York, New York 10271

▬▬▬▬▬▬▬:

▬▬▬▬▬▬

> The court in so ordering
> this stipulation is NOT
> agreeing to the propriety
> of any amendment.
>
> SO ORDERED:
> Date: 3/31/08   Richard M. Berman
>                     Richard M. Berman    U.S.D.J.