# LEDY-GURREN BASS & SIFF, L.L.P.

ATTORNEYS AT LAW

475 PARK AVENUE SOUTH • NEW YORK, NY 10016

(212) 447-1111

FAX: (212) 447-6686

**MEMO ENDORSED**

[RECEIVED JUN 0 2008 CHAMBERS OF JAMES C. FRANCIS IV UNITED STATES]

NANCY LEDY-GURREN
(212) 447-1105
EMAIL: NLEDYGURREN@LGB-LAW.COM

June 4, 2008

Hon. James C. Francis
Magistrate
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/10/08]

Re:   Drayton v. Toys "R" US, et. al.
      1:07-cv-06315-RMB-JCF

Dear Judge Francis:

   Please accept this letter as a joint status report on behalf of all defendants. As per your order of February 26, 2008, plaintiffs were required to move for class certification by April 15, 2008 and discovery was to be completed by May 30, 2008.

   Plaintiffs never moved for class certification. In fact, Plaintiffs have not evidenced any interest in pursuing the class action or for that matter discovery. In fact, seven of the purported representatives (Scott, High, Rhodes, Cones, Weaver, Miller and Loving) have refused to appear for deposition.

   Accordingly, the defendants have submitted a letter to Judge Berman requesting a pre-motion conference seeking leave to move to (a) declare that the class action claims were abandoned and (b) pursuant to FR.C.P. 37(b) to strike the complaints of those plaintiffs who have refused to disclose during the discovery period.

Very truly yours,

Nancy Ledy Gurren

NANCY LEDY GURREN

NLG: smr

[Handwritten endorsement: Pursuant to the Order dated 6/10/08 February 26, 2008, discovery is now closed. Counsel shall seek permission from Judge Berman to make any dispositive motions before June 30, 2008. SO ORDERED. James C. Francis IV USMJ]

Hon. James C. Francis
June 4, 2008

Re: *Drayton v. Toys "R" Us, et.al.*

CONSENTED TO:

*/s/ Thomas Catalano*
THOMAS CATALANO
LESTER SCHWAB

cc:  Emmanuel Roy, Esq.
     K.C. Okoli, Esq.
     (Simultaneously by
     e-mail and fax)