# LEDY-GURREN BASS & SIRE, L.L.P.
### ATTORNEYS AT LAW
475 PARK AVENUE SOUTH • NEW YORK, NY 10016
(212) 447-1111
FAX: (212) 447-6666

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

NANCY LEDY-GURREN
(212) 447-1105
EMAIL: NLEDYGURREN@LGB-LAW.COM

*Application granted.*

SO ORDERED:
Date: 7/14/08
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

July 14, 2008

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

*Via Facsimile*
212-805-6717

RECEIVED
JUL 14 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re:  Drayton v. Toys "R" Us, et al.
     07-CV-06315 (RMB)

Dear Judge Berman:

We represent Toys "R" Us-Delaware, Inc. s/h/a Toys Us, Inc. and Toys "R"Us-NY [collectively "TRU"]. Due to an unavoidable scheduling conflict, we respectfully submit this request for an adjournment of the pre-motion conference (to address TRU's and co-defendant Metro One's proposed motions for summary judgment) scheduled for tomorrow morning at 9:30 a.m. We have contacted counsel for plaintiffs as well as counsel for co-defendant and all parties consent to a proposed adjournment of the conference to August 20, 2008 at 9:30 a.m. We thank the Court for its consideration.

**MEMO ENDORSED**

Respectfully submitted,

*Nancy Ledy-Gurren*
NANCY LEDY-GURREN

cc:  Emmanuel Roy, Esq.        (Via Facsimile and E-Mail)
     K.C. Okoli, Esq.           (Via Facsimile and E-Mail)
     Thomas Catalano, Esq.      (Via Facsimile and E- Mail)